

101 Park Avenue, 17th Floor
New York, NY  10178
Tel 212.878.7900  Fax 212.692.0940
WWW.FOXROTHSCHILD.COM

PHILIP Z. LANGER
Direct No: 212.878.1436
Email: PLanger@FoxRothschild.com

August 17, 2023

**VIA CM/ECF**

The Honorable Pamela K. Chen
United States District Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East, Room N 631
Brooklyn, NY 11201

**Re:** **Bank v. Alleviate Tax, LLC., Civil Action No. 1:23-CV-05457-PKC-PK (E.D.N.Y)**

Dear Judge Chen:

We represent Defendant Alleviate Tax, LLC ("Alleviate") in the above referenced matter.[1] We submit this letter in accordance with the directive in Your Honor's Order dated August 14, 2023, to confirm that Alleviate will be filing an amended motion for pre-motion conference in response to Plaintiff's Amended Complaint (DE 12).  The amended motion will be filed on or before Alleviate's August 25, 2023 deadline to respond to the Amended Complaint.

Respectfully submitted,

*/s/ Philip Z. Langer*

Philip Z. Langer, Esq.

cc: Counsel of record via CM/ECF

---

[1] Eric J. Troutman and Jenniffer Cabrera, of Troutman Amin, LLP, will be lead counsel for Alleviate in this case and are in the process of obtaining pro hac vice admission before the Court.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington