UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TODD C. BANK,                                                                          JUDGMENT

                Plaintiff,
    v.
                                                                                                                                23-CV-5457 (PKC) (PK)

ALLEVIATE TAX, LLC,

                Defendant.
---------------------------------------------------------------X

       A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 28, 2024, granting Defendant's motion and dismissing this case; it is

       ORDERED and ADJUDGED that Defendant's motion is granted; and this case is dismissed.

Dated: Brooklyn, New York                                          Brenna B. Mahoney
          March 28, 2024                                                    Clerk of Court

                                                                      By:    */s/Jalitza Poveda*
                                                                               Deputy Clerk